UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:24-CV-00169-CRS-RSE

NICHOLAS B.                                                                                                PLAINTIFF

v.

LEE DUDEK
*Acting Commissioner of Social Security*[1]                                                    DEFENDANT

**ORDER**

The magistrate judge has filed her Report and Recommendation (DN 17); no objections thereto have been filed and the time for filing objections has expired. Therefore, the magistrate judge's Findings of Fact, Conclusions of Law and Recommendation (DN 17) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date affirming the denial of supplemental security income benefits to Plaintiff.

**IT IS SO ORDERED**.

February 24, 2025

*[signature]*

Charles R. Simpson III, Senior Judge
United States District Court

---

[1] Lee Dudek has become Acting Commissioner of Social Security and is substituted for former Commissioner Martin O'Malley as Defendant in this case pursuant to Federal Rule of Civil Procedure 25(d).